IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE PEELE, : | |
|     Petitioner, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 12-5265 |
| PHILADELPHIA DISTRICT : | |
| ATTORNEY, et al., : | |
|     Respondents. : | |

## O R D E R

**AND NOW**, this 30th day of December, 2013, having considered the Petition for Writ of *Habeas Corpus* filed by Petitioner Tyrone Peele (Docket Nos. 1, 3), the Response to the Petition (Docket No. 7), the Motions for Impeachment of All Defendant(s) and for Extraordinary Relief (Docket Nos. 8, 9, 10), U.S. Magistrate Judge M. Faith Angell's Report & Recommendations (Docket No. 14), and Petitioner's state court record, it is hereby **ORDERED** that:

1. The Report & Recommendations are **APPROVED** and **ADOPTED**.[1]

2. The Petition for Writ of *Habeas Corpus* (Docket Nos. 1, 3) and the Motions for Impeachment of All Defendant(s) and for Extraordinary Relief (Docket Nos. 8, 9, 10) are **DISMISSED** with prejudice without an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.[2]

---

[1] Mr. Peele did not file objections to Magistrate Judge Angell's Report & Recommendations, and the time for objections expired on December 20, 2013.

[2] A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210, 230 (3d Cir. 2004). The Court agrees with U.S. Magistrate Judge Angell that there is no probable cause to issue such a certificate in this action.

4. Petitioner's Applications to Proceed in Forma Pauperis (Docket Nos. 11, 13, 23) are denied as moot.

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE